UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHARON ELIZABETH HUGHES
    Petitioner,
 v.
UNITED STATES OF AMERICA
    Respondent.

**Judgment in a Civil Case**

Case Number: 5:11-HC-2090-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, Chief United States District Judge under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on July 7, 2011, with service on:
Sharon Elizabeth Hughes 50484-056
Alderson - FPC
Glen Ray Rd. - Box A
Alderson, WV 24910
(via U.S. Mail)

July 7, 2011              /s/ Dennis P. Iavarone
                          Clerk